■ DAVID A. FREDLUND, Respondent, v VINCENT DEROSA, Appellant. (Appeal No. 1.) [765 NYS2d 561] —Appeal from a judgment of Chautauqua County Court (Ward, J.), entered February 14, 2002, in favor of plaintiff in the amount of $19,022.99 upon an appeal from a judgment of Jamestown City Court (LaMancuso, J.), entered July 7, 1999.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5703 [b]; *Ellingsworth v City of Watertown,* 113 AD2d 1013, 1014 [1985]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Lawton, JJ.

■ DAVID A. FREDLUND, Respondent, v VINCENT DEROSA, Appellant. (Appeal No. 2.) [765 NYS2d 565] —Appeal from a judgment of Chautauqua County Court (Ward, J.), entered April 15, 2002, in favor of defendant in the amount of $482.69 upon an appeal from a judgment of Jamestown City Court (LaMancuso, J.), entered July 7, 1999.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5703 [b]; *Ellingsworth v City of Watertown,* 113 AD2d 1013, 1014 [1985]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Lawton, JJ.